# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

## NOT  DESIGNATED  FOR  PUBLICATION

Michael D. Cormier
C.P.C.F DOC No. 634428
26356  Hwy 15
Ferriday LA 71334

| |
|---|
| Judgment on rehearing rendered and mailed to all parties or counsel of record on November 6, 2019 |

**REHEARING ACTION: November 6, 2019**

**Docket Number: 19   00466-KH**

**STATE OF LOUISIANA
VERSUS
MICHAEL D. CORMIER**

**Writ Application from St. Martin Parish Case No. 14-247351**

**BEFORE JUDGES:**

> **Hon. Billy Howard Ezell
> Hon. Shannon J. Gremillion
> Hon. John E. Conery**

As counsel of record in the captioned case, you are hereby notified that the ruling for

the application for rehearing filed by **Michael D. Cormier** is:

> **REHEARING DENIED.**
> *See* Uniform Rules – Courts of Appeal, Rule 2-18.7.

cc: Hon. M. Bofill Duhe, Counsel for  the Respondent